Decided January 3, 2005

STATE OF CONNECTICUT *v.* ANDRE S. FAIRLEY

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 882 (AC 24028), is denied.

*Sebastian O. DeSantis*, special public defender, in support of the petition.

*Michael E. Criscuolo*, special deputy assistant state's attorney, in opposition.

Decided January 3, 2005

BRUCE MORRIS ET AL. *v.* ROBERT CONGDON ET AL.

The petition by the named plaintiff, Bruce Morris, for certification for appeal from the Appellate Court, 85 Conn. App. 555 (AC 24109), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendants were not required to warn a special town meeting in accordance with the plaintiffs' petition for a writ of mandamus?"

The Supreme Court docket number is SC 17336.

*Richard S. Cody*, in support of the petition.

*Frank A. Manfredi*, in opposition.

Decided January 3, 2005